UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Lemerick Vernell Christopher, Sr. #466247** | **Civil Action No. 19-Cv-691 Sec P** |
| **Versus** | **Judge Terry A. Doughty** |
| **Bruce Young, Et Al** | **Magistrate Judge Hornsby** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 34] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 35] filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment (Doc. No. 31) is **GRANTED** and all claims against all defendants are dismissed with prejudice.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 21st day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE